1 of 1

4/7/20

Dear: Honorable Judge Loretta A. Preska,

**20-cv-3667**

I pray that when you receive this letter it finds you and your loved ones in High Spirits, Great Health, and unaffected by this unfortunate Pandemic known as Covid-19. I am writing to the Honorable Court because I feel I have no other option. I'm sure you're aware of the current situation going on, not only in NYC but across the world. Right now like most of America I am going through very tough times where I'm being held at Metropolitan Detention Center Brooklyn. On the 4th and 8th Floor they've had Confirmed Cases of the Coronavirus. The facility is not taking any preventive measures or proper precautions to stop the spread of this deadly virus. They don't have any Cleaning Chemicals. (ie. Sanitizer, Gloves, Masks) with the exception of a chemical called Hdpcl which was brought 1 time two weeks ago and

RECEIVED MAY 11 2020 PRO SE OFFICE

1 of 2 | was originally made to kill HINI.

Correctional officers are coming and going into the facility with no medical check, they are moving inmates from floor to floor not knowing whether that inmate may or may not be a carrier. They haven't even tested anyone on the 7th floor. These circumstances that I'm forced to live in here, caused me to not only stress but has also given me anxiety. I'm not sleeping, I'm constantly worrying about my health and my current situation and thats leading to other medical problems. I was the sole provider for my children and I haven't seen them in over 3½ years, with the current Covid-19 situation I feel things are only going to get much worse. It is my fear that with my age and vulnerability due to my medical history that I may contact this deadly virus and never be able to recover. At my age with my medical background I cannot afford

to come into contact with someone who may have Covid-19. Unfortunately, from what I've seen in this facility it seems to be enievitable before I or someone in my vicinty gets this virus due to the lack of effort coming from the Bureau of Prisons in stopping the spread of this deadly virus. I pray that this Honorable Court listens to my plea and helps me before it truly is too late. I've Reached out to my lawyer as well, my family numerous of ocasions to no availability. I haven't spoken to my Counsil in more than 3 weeks. I've been trying to get a hold of him because, I would like him to file a Bond Motion, I am not a flight Risk nor am I a Danger to the Community. If this truly is a World-Wide Pandemic my hope is that this Honorable Court allows Me to spend this time with the ones, I love and cherish the most. My Family, the immediate ones lives in the United States, More Specifically My Sister lives in New Jersey

1 of 4 - and My Mother as well as my Aunts and Brothers live in Manhattan. I Pray I can be there in this moment of need. Thank You in Advance for your time and Consideration in this matter. Stay-Safe and God Bless.

Sincerely,
Jose A. Cortina
09639-104

MDC Brooklyn
P.O Box 329002
Brooklyn, NY 11232

United States District Court
Southern District of New York
Criminal Court Clerk
c/o Honorable Judge Loretta A. Preska
500 Pearl St.
New York, NY 10007.

From: Jose A. Cortiñas
#09639-104
MDC Brooklyn
P.O. Box 329002
Brooklyn, NY 11232

To: United States District Court
of New York Criminal Court Clerk
c/o Honorable Judge
Loretta A. Preska
500 Pearl Street
New York, NY

RECEIVED
MAY 11 2020
PRO SE OFFICE